# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Asheville Division

Case No. **1:21 CV 258-MR**

*(to be filled in by the Clerk's Office)*

JOHNATHAN A. FULLER

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Ronnie HUNEYCUTT, et al., see
Attached 1 of 7 *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

**FILED**
Asheville, NC

MAY 2 5 2022

Clerk, US District Court
Western District of NC

## AMENDED
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                      JOHNATHAN A. FULLER

All other names by which                  ~~Commission Officer Staff~~

you have been known:

ID Number                                 ~~0062~~ 0620012

Current Institution                       ~~Anson Correctional~~/ mountain View corr.

Address                      545-~~5555~~ Amity Park rd

spruce Pine                    NC          28777

                       *City*               *State*        *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                      Ronnie Huneycutt

Job or Title *(if known)*                 superintendent

Shield Number                             N/A

Employer                                  NCDPS

Address                                   831 W. Morgan st

                              Raleigh        NC        27603

                                    *City*       *State*      *Zip Code*

☑ Individual capacity      ☑ Official capacity

Defendant No. 2

Name                                      (FNU) sgt Hughes

Job or Title *(if known)*                 sergeant

Shield Number                             N/A

Employer                                  NCDPS

Address                                   831 W. Morgan st

                              Raleigh        NC        27603

                                    *City*       *State*      *Zip Code*

☑ Individual capacity      ☑ Official capacity

Defendant No. 3

    Name                  (FNU) Lt. Fox

    Job or Title *(if known)*    Lieutenant

    Shield Number       N/A

    Employer           NCDPS

    Address            831 W. Morgan St.

                    Raleigh        NC     27603

                        *City*           *State*      *Zip Code*

         [ ] Individual capacity     [✓] Official capacity

Defendant No. 4

    Name                  Todd Ishee

    Job or Title *(if known)*    Commissioner NCDPS

    Shield Number       N/A

    Employer           NCDPS

    Address            831 W. Morgan St

                    Raleigh        NC     27603

                        *City*           *State*      *Zip Code*

         [✓] Individual capacity     [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

       [ ] Federal officials (a *Bivens* claim)

       [✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

       The First, Fifth, Eighth, and Fourteenth amendment. Racial Discrimination.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*They all were employed by NCDPS at the time of violations.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attachments 2 - 7*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_December 1, 2020 11:10pm through December 22, 2020_

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attachments 2-7_

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_Severe mental and emotional distress and anguish_

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Wherefore, the Plaintiff respectfully request Judgement ... cont Attach 8of8_

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_Watuga unit at Avery-mitchell Correctional_

2.   What did you claim in your grievance?

_Violations of constitutional rights_

3.   What was the result, if any?

_It was Processed; then I never heard anything else._

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_I wrote emergency grievance to NCDPS Secretary and Commissioner._

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_They are known to be destroyed by staff at the Facility._

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ ~~No~~

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  JOHNATHAN A. FULLER

    Defendant(s)  Mike Slagle et, al,

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Western District

3.  Docket or index number

    # : 1:22-cv-00094-MR

4.  Name of Judge assigned to your case

    Martin Reidinger

5.  Approximate date of filing lawsuit

    5-16-22

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-22-22

Signature of Plaintiff: _Johnathan A. Fuller_

Printed Name of Plaintiff: JOHNATHAN A. FULLER

Prison Identification #: 0620012

Prison Address: 545 Amity Park rd

Spruce Pine     NC     28777

        *City*       *State*       *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

        *City*       *State*       *Zip Code*

Telephone Number: _____

E-mail Address: _____

JOHNATHAN A. FULLER

-V-

Defendants Continue From Page 1 of 11

(FNU) Sergeant Hughes
(FNU) Lieutenant Fox
        Todd Ishee
        Erik Hooks

Defendants continue From Page 3 of 11

Defendant No. 5
        Name        Erik Hooks
        Job or Title    Secretary of NCDPS
        Shield Number   N/A
        Employer   NCDPS
        Address    831 W. morgan st
                Raleigh NC   27603
            ☑ Individual capacity ☑ Official capacity

Attachment 1 of 8

On 12-1-20 at approximately 5:35pm at avery-mitchell correctional institution in spruce pine north carolina, I JOHNATHAN A. FULLER was taken From the watuga housing unit, which is a general population unit to the restrictive housing unit. once in a cell I was strip searched by a officer who wore no name tag and told to squat and cough more than necessary. He then tell me to hand him my special medical shoes. when he turn to leave with them I stop him and question him about my shoes. He then tell me that I am not allowed to have them on the unit. But according to my DC-490 and policy chapter F section .0500 I can have them at all-times outside of suicide status. He go on to tell me that he is just doing what he is told. I would later learn that this officer name was carpenter. After around a six-hour wait For my personal property. I was only brought a pair of shower shoes and a radio. I asked a officer Bucannan what was this. He tell me that this was all allowed in-cell on the restrictive housing unit. Being that I had been incarcerated For some years and studied policies throughout. I knew what he was telling me was untrue. so I press on, requesting to see a ranked official to address the issue. one never came. Being that basically all of my property was withheld. I went several days without a writing implement to File a grievance challenging my condition of confinement. when I did obtain

a writing implement it came from another prisoner because staff continued to state that they were out of restrictive housing issued pens. which was the first act of denying me access to the court. several days later while standing at my cell door I see a sergeant walk-in to the housing block. when he got to my door I stopped him and question him about my religious material to my sincerely held belief of Rastafarin which consist of my bible the Kebra Negast and other prayer and study literature; my legal books and open case material; family photos; hygiene — everything that make prison life a little more bearable. He tell me it is stored in property. But he would get my legal work if I gave him the case number of active cases. I go on to tell him I can have more than that. That I have not had any problems at either of the other five Prisons I have been housed at or even heard of such a rule as the one that continued to be tossed around on this unit. He go on to tell me I wasn't in the Flatlands nomore and things were different there. He left my cell door with the case record numbers: 15: 19-ct-3377-BO, TA 28781, TA 28569 and TA 29021 and a request to speak with the lieutenant of the unit who of course never came. Either did my legal documents. Right then he willingly violated my rights protected by the Federal government of access to the courts, life, liberty, and property. my rights to

Freedom of religious study and Practice under the religious
land use and institutionalized Person act (RLUIPA). Freedom
of the Press in which all were violated due to a deliberate
indifference based off my race and ethnicity.
I Finally got to talk to the lieutenant of the unit around
two weeks later 12-16-2020. This would be lieutenant Fox.
I told him I needed things out of storage: Religious books,
legal books and documents, hygiene because I could not use
the state issued Products that were the replacement of my
own to use while being housed on the restrictive housing
unit. The soap would break my skin out with blisters. And
the deodorant would turn my underarm raw as Freash cut
meat. He smiled and state that Per his boss (who is
Ronnie Huneycutt) that he could only give me legal documents.
And if I needed more to address his boss. That he is
the guy that make the rules. At that point and time he
also violated my rights guaranteed by the united states
constitution (IB). That same day I wrote to (the boss)
who is superintendent Ronnie Huneycutt. who is the supreme
governor of the Institution. The Final link on the chain-of-
command to never receive a response. Throughout the remainer
of my time on this unit I witness white offenders
receiving great Portions of their Property when they were
brought to this unit. I also witness white staff members

bringing white offenders property from storage on many
occassions when the act was professed to prohibited to all
offenders, which clearly establish discrimination on
basis of race which was intentional. Also the rights that
were violated by these employees act under color of state
law. For their experience alone as ranked officers should
had warned them that their actions were illegal and in
violation of the federal rights the united state constitution
provide to all citizens. Futhermore, any reasonable person
should have known the acts of deprivation to life, liberty,
and property were cruel acts of punishment. So I name
Erik Hooks and Todd Ishee as the last two defendents
in this suit. who at the time was the secretary and
commissioner of NCDPS. For they had ultimate responsibility
for the promulgation and implementation of NCDPS policies,
procedures, and pretices and for the management of NCDPS.
As to all claims presented herein, all defendants are
being sued in his official capacity for injunctive and
declaratory relief, and in his individual capacity for
damages and for declaratory relief. At all relevant times
they acted under color of state law.

COUNT I & II

Violation of the First Amendment and Eighth Amendment.

42 U.S.C. § 1983

The acts described above constitute violations of Plaintiff rights under the First Amendment of the United States constitution. Plaintiff has a constitutionally protected liberty interest in religious study and practice. A right clearly established under existing case law. Plaintiff also had a right to Freedom of the Press, which was violated when staff took incoming publication(s) from the U.S. mail and placed them in Plaintiff stored property. The conduct of Defendants was objectively unreasonable and was undertaken recklessly, intentional, willfully, with malice, and with deliberate indifference to the rights of Plaintiff.

COUNT III & IV

Violation of the Fifth and Fourteenth.

42 U.S.C. § 1983

The acts describe in this complaint constitute violations of Plaintiff rights under the Fifth and Fourteenth Amendment of the United States constitution. Plaintiff has a constitutionally protected liberty interest in access to the

courts, Property related, and Practice. A right clearly established under existing case law. which was Violated by Defendants working under color of state law at Avery-mitchell Correctional Institution during the month of december of 2020. The conduct of Defendants was objectively unreasonable, reckless, intentional, willfully, with malice; based off race, with deliberate indifference to the rights of Plaintiff. Therefore, Plaintiff Injuries and the Violations of ▓▓ his rights were directly and Proximately caused by the Policies and Practices of Defendants, which are and were the moving force of the Violations. Plaintiff seeks declaratory relief against NCDPS, and declaratory and nominal and compensatory damages against all remaining Defendants. Plaintiff seeks punitive damages against the individual Defendants in their individual capacities.

Submitted Respectfully,

Johnathan A. Zeller

545 Amity Park rd
Spruce Pine, NC 28777

against Defendants, Jointly and severally, For the Following:

A. A declaration that Defendants' policies and practices violate the constitution.

B. A Permanent injunction Preventing Defendants From continuing to violate the constitution, and providing other equitable relief.

C. Nominal damages For each violation oF PlaintiFF rights by the Defendants.

D. compensatory damages in a amount to be Proven at trial.

E. Punitive damages against the individual Defendants in an amount to be Proven at trial.

F. An award oF Full costs and attorneys' Fees arising out oF this litigation, under 42 U.S.C. § 1988 and other applicable law.

6. Any other relieF this court deem Just and appropriate:
Pursuant to rule 38(b) oF the Federal rules oF civil Procedure,
a trial by Jury in this action oF all issues so triable.